**COURTROOM DEPUTY MINUTES**       DATE: May 17, 2006
**MIDDLE DISTRICT OF ALABAMA**

DIGITAL RECORDING: 11:02 - 11:10

√    **INITIAL APPEARANCE**      Reconvend for Bond   2:18 - 2:29
☐    **DETENTION HEARING**
☐    **REMOVAL HEARING (R.40)**
√    **ARRAIGNMENT**
☐    **ARRAIGNMENT on SUPERSEDING INDICTMENT**
☐    **PRELIMINARY EXAMINATION**

---

**PRESIDING MAG. JUDGE** VANZETTA PENN MCPHERSON    **DEPUTY CLERK:** WANDA ROBINSON

**CASE NO.** 2:06CR112-MEF      **DEFT. NAME:** Glenn Charles Toups

**USA:** Todd Brown      **ATTY:** Christine Freeman

Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; (√) CDO;

**USPTSO/USPO:** _____

Defendant _____ does _____√ does NOT need an interpreter; NAME _____

---

☐ Kars.    Date of Arrest _____ or ☐ karsr40
√ kia.    Deft. First Appearance. Advised of rights/charges. ☐ Pro/Sup Rel Violator
√ Finaff.    Financial Affidavit executed ☐ to be obtained by PTS; √ **ORAL** Motion for Appt. Of Counsel.
√ koappted    **ORAL ORDER** appointing Federal Defender - **Notice to be filed.**
☐ 20appt.    Panel Attorney Appointed; ☐ to be appointed - prepare voucher
☐    Deft. Advises he will retain counsel. Has retained _____
☐    Government's **ORAL** (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion;
☐    Government's **WRITTEN** Motion for Detention Hrg. filed.
☐    **DETENTION HRG** ☐ held; ☐ set for _____; ☐ **Prelim. Hrg** ☐ Set for _____
☐ kotempdtn.    **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered
☐ kodtn.    **ORDER OF DETENTION PENDING TRIAL** entered
√ kocondrls.    Release order entered. √ Deft. advised of conditions of release.
√ kbnd.    √ **BOND EXECUTED** (M/D AL charges) $ **25,000** Deft released (kloc LR)
       ☐ **BOND EXECUTED** (R.40 charges) - deft to report to originating district as ordered
☐ Loc.(LC)    Bond **NOT** executed. Deft to remain in Marshal's custody
☐ ko.    Deft. **ORDERED REMOVED** to originating district
☐ kwvprl.    Waiver of ☐ Preliminary hearing; ☐ Kwvr40hrg. (Waiver of R.40 Hearing)
☐    Court finds **PROBABLE CAUSE.** Defendant bound over to the Grand Jury.
√ Karr.    **ARRAIGNMENT** SET FOR: _____ √ **HELD**. Plea of **NOT GUILTY** entered.
       √ Trial Term **9/11/06** ; √ **PRETRIAL CONFERENCE DATE:** 6/2/06 @ 10:00
       √ **DISCOVERY DISCLOSURES DATE:** 5/17/06    CONSENT: 8/30/06
☐ Krmknn.    **NOTICE** to retained Criminal Defense Attorney handed to Counsel
☐ krmvhrg.    Identity/Removal Hearing set for _____
√ Kwvspt    **Waiver of Speedy Trial Act Rights Executed.**