IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CASE NO: 2:06-CR-112-MEF |
| | ) | |
| GLENN C. TOUPS | ) | |

## MOTION TO EXTEND TIME FOR FILING PRETRIAL MOTIONS

**COMES NOW** the Defendant, by undersigned counsel, and respectfully requests that this Court extend the time limit for filing pretrial motions in this matter.

In support of this motion, the defendant would show the following:

1. This matter involves one count of possession of child pornography.

2. Mr. Toups first appeared on this matter at his arraignment, at which he appeared based on a letter notifying him of the date and time for appearance.

3. This matter is not set for trial until September 11, 2006.

4. The parties are currently attempting to negotiate a resolution of this matter.

5. The parties and the Court will not be inconvenienced by a slight delay in the filing of motions and it may be that this delay will make motions unnecessary.

Dated this 31st day of May 2006.

Respectfully submitted,

**s/Christine A. Freeman**
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Glenn C. Toups
Federal Defenders
Middle District of Alabama

          201 Monroe Street, Suite 407
          Montgomery, AL 36104
          TEL:  (334) 834-2099
          FAX:  (334) 834-0353
          E-Mail: Christine_Freeman@fd.org

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 31, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Todd A. Brown, Esq., Assistant United States Attorney, One Court Square, Montgomery, AL 36104.

          **s/Christine A. Freeman**
          **CHRISTINE A. FREEMAN**
          **TN BAR NO.: 11892**
          Attorney for Glenn C. Toups
          Federal Defenders
          Middle District of Alabama
          201 Monroe Street, Suite 407
          Montgomery, AL 36104
          TEL:  (334) 834-2099
          FAX:  (334) 834-0353
          E-Mail: Christine_Freeman@fd.org