**COURTROOM DEPUTY'S MINUTES**  **DATE:** 6/2/06

**MIDDLE DISTRICT OF ALABAMA**  Digital Recording: 9:22 - 9:23

### PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE.** Vanzetta Penn McPherson  **DEPUTY CLERK:** Wanda A. Robinson

**CASE NUMBER:** 2:06cr112-MEF  **DEFENDANT(S):** Glenn Charles Toups

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| | * | |
| | * | |
| Tommie Hardwick | * | Christine A. Freeman |
| | * | |
| | * | |

☐ **DISCOVERY STATUS:**   Complete

☐ **PENDING MOTION STATUS:**
   M/Ext Time to File Motions- Court to Issue Order

☐ **PLEA STATUS:**
   Likely Plea

☐ **TRIAL STATUS**   2 days for trial
   9/11/06 Trial Term

☐ **REMARKS:**