IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06CR112-MEF |
| | ) | |
| GLENN C TOUPS | ) | |

## ORDER ON MOTION

For good cause, it is

ORDERED that the defendant's Motion to Extend Time for Filing Pretrial Motions, filed on 31 May 2006 (Doc. # 12), is GRANTED. Accordingly, the defendant is DIRECTED to file his pretrial motions on or before 9 June 2006.

DONE this 5th day of June, 2006.


/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED   STATES   MAGISTRATE   JUDGE