IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR NO. 2:06cr112-MEF |
| | ) | |
| GLENN CHARLES TOUPS | ) | |

MOTION TO DISMISS INDICTMENT

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and moves the Court to Dismiss the Indictment, heretofore filed, in the above-styled cause to Glenn Charles Toups, on the following grounds, to wit: Superseding indictment filed on June 14, 2006.

Respectfully submitted this the 16th day of June, 2006.

Respectfully submitted,

LEURA G. CANARY
UNITED STATES ATTORNEY


/s/Todd A. Brown
TODD A. BROWN
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334) 223-7280
FAX: (334) 223-7135
E-mail: todd.brown@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR NO. 2:06cr112-MEF |
| | ) | |
| GLENN CHARLES TOUPS | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Christine Freeman, Esq.

                                        Respectfully submitted,

                                        /s/Todd A. Brown
                                        TODD A. BROWN
                                        One Court Square, Suite 201
                                        Montgomery, AL 36104
                                        Phone: (334) 223-7280
                                        FAX: (334) 223-7135
                                        E-mail: todd.brown@usdoj.gov