IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR NO. <u>2:06cr112-MEF</u> |
| | ) | |
| GLENN CHARLES TOUPS | ) | |

<u>ORDER</u>

Upon consideration of the Motion for Leave to Dismiss the Indictment as to Glenn

Charles Toups, heretofore filed in the above-styled cause, and for good cause shown, the Court is

of the opinion that the motion should be and the same hereby is granted.  It is, therefore,

CONSIDERED, ORDERED, ADJUDGED AND DECREED by the Court that said motion be

and the same is hereby granted.

DONE this _____ day of June, 2006.

_____
UNITED STATES DISTRICT JUDGE