IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-cr-112-MEF |
| | ) | |
| GLENN CHARLES TOUPS | ) | |

## **O R D E R**

Upon consideration of the government's Motion to Dismiss Indictment (Doc. #20) filed on June 16, 2004, it is hereby,

ORDERED that the motion is GRANTED.

DONE this 19th day of June, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE