IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06CR112-MEF |
| | ) | |
| GLENN C. TOUPS | ) | |

**ORDER**

On 14 July 2006, the defendant ["Toups"] filed a Motion to Suppress evidence seized in a search and statements he made thereafter (Doc. # 27). For good cause, it is ORDERED as follows:

1. On or before 21 July 2006, the government shall file its response to the motion. With respect to the numbered facts alleged in the motion, and in a separate section of its response headed "Reply to Defendant's Facts", the government's response shall reply in the affirmative or the negative to paragraphs numbered 1 - 11. Without affirming or contradicting the introduction to, or the summation of, paragraph 12, and with respect to the affidavit submitted in support of the search warrant, the government shall also reply in the affirmative or the negative to paragraphs 12-a through 12-j.

2. The government may include any other statements of fact, allegations or arguments, or citations in its response, as long as the directive in the above paragraph is followed.

3. Counsel for the parties and the parties shall appear at an evidentiary hearing

on the motion on 27 July 2006 at 9:00 a.m. in Courtroom 5A, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE this 14th day of July, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE