| COURTROOM DEPUTY'S MINUTES | DATE: 7/17/06 |
|---|---|
| MIDDLE DISTRICT OF ALABAMA | Digital Recording: 9:23 - 9:29 |

### PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE.** Vanzetta Penn McPherson  **DEPUTY CLERK:** Wanda A. Robinson

**CASE NUMBER:** 2:06cr112-MEF  **DEFENDANT(S):** Glenn Charles Toups

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
|  | * |  |
|  | * |  |
| David Cooke | * | Christine A. Freeman |
|  | * |  |
|  | * |  |

❏ **DISCOVERY STATUS:**   Complete

❏ **PENDING MOTION STATUS:**   Doc # 27 Motion to Suppress

❏ **PLEA STATUS:**

❏ **TRIAL STATUS**   2 days for trial
9/18/06 Trial Term

❏ **REMARKS:**   Court to issue an Order Resetting Suppression Hearing for 7/26/06 @ 2:00 p.m. pursuant to Defense counsel's request