IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | |
| ) | CR. NO.: 2:06cr112-MEF |
| GLENN CHARLES TOUPS ) | |
| ) | |

## ORDER

For good cause, it is

ORDERED that the Suppression Hearing currently set for 27 July 2006 be RESET for 26 July 2006 at 2:00 p.m., in courtroom 5A, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama. It is further

ORDERED that the United States Marshal or the person having custody of the defendant shall produce the defendant for the proceeding. The Clerk of Court shall provide a Court Reporter for this proceeding.

Done this 18th day of July, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE