MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN, DIVISION
Montgomery, Alabama

HON. Vanzetta Penn McPherson

DATE COMMENCED: 7/26/06         DIGITAL RECORDING: 2:14 - 3:47

DATE COMPLETED: 7/26/06

USA                              *

vs                               *         2:06cr112-MEF

GLENN CHARLES TOUPS              *

| PLAINTIFF | APPEARANCES: | DEFENDANT |
|---|---|---|
| Karl David Cooke, Jr. | | Christine A. Freeman |

COURT OFFICIALS PRESENT:

Wanda A. Robinson, Courtroom Deputy
Jimmy Dickens, Court Reporter
George Barry, Law Clerk

PROCEEDINGS:

( ) JURY TRIAL
(x) OTHER PROCEEDINGS:    Suppression Hearing


SEE MINUTES ATTACHED

### LOG OF PROCEEDINGS ELECTRONICALLY RECORDED

**Description:** 2:06cr112-MEF: USA vs. Glenn Charles Toups: SUPPRESSION HEARING

**Date:** 7/26/2006    **Location:**

| Time | Speaker | Note |
|---|---|---|
| 2:14:33 PM | Court | Convenes; Witnesses Sworn; RULE NOT INVOKED; Witnesses may remain in the courtroom |
| 2:16:05 PM | Government | Witness Margaret Faulkner called as 1st Witness; Witness testifies |
| 2:33:24 PM | Court | Government Exhibits 1 and 2 admitted |
| 2:33:44 PM | | Witness Margaret Faulkner testimony continues |
| 2:43:31 PM | | Government has no further questions |
| 2:43:39 PM | Defense | Cross Examines Witness Margaret Faulkner |
| 2:48:18 PM | Court | Defendants Exhibit 7 Admitted (Attachments B) |
| 2:49:20 PM | Court | Defendants Exhibit 8 Admitted (Return of Warrant) |
| 2:52:32 PM | Court | Defendants Exhibits 1, 2 and 6 Admitted |
| 2:54:45 PM | | Cross Examination of Witness Margaret Faulkner continues |
| 3:04:11 PM | Court | Defendants Exhibit 9 Admitted (List of Phone Numbers) |
| 3:05:25 PM | | Cross Examination of Witness Margaret Faulkner continues |
| 3:25:43 PM | Defense | No further questions for this witness |
| 3:25:51 PM | Government | Re-Directs Witness Margaret Faulkner |
| 3:28:33 PM | Defense | Further Questions Witness |
| 3:29:12 PM | | Defendants Exhibit 10 Admitted (Page 1 of Defendants Exhibit 9) |
| 3:30:30 PM | Defense | Continued questioning of Witness Margaret Faulkner |
| 3:32:50 PM | Government | Questions Witness |
| 3:33:47 PM | Defense | Questions Witness |
| 3:33:56 PM | Court | Questions Witness |
| 3:35:24 PM | | Witness Excused |
| 3:35:42 PM | Government | Rests |
| 3:36:09 PM | | Defense requests a 2 minute break; Court takes a short break |
| 3:43:39 PM | | Court reconvenes |
| 12:34:00 AM | Defense | Rests |
| 3:44:41 PM | | Counsel Reviews Exhibits (Government 1, 2) (Defendants l, 2, 6, 7, 8, 9, and 10) COURT ADMITS Exhibits |
| 3:46:17 PM | Government | Stipulates date and time of Search |
| 3:46:53 PM | Defense | Stipulates as well to date, time and spelling of location of Search |
| 3:47:10 PM | | Recess |