AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

_____ MIDDLE _____ DISTRICT OF _____ ALABAMA _____

| USA | GOVERNMENT'S EXHIBIT LIST |
|---|---|
| V. | |
| GLENN CHARLES TOUPS | Case Number: 2:06cr112-MEF |

| PRESIDING JUDGE<br>VANZETTA PENN MCPHERSON | GOVERNMENT'S ATTORNEY<br>Karl David Cooke, Jr. | DEFENDANT'S ATTORNEY<br>Christine Freeman |
|---|---|---|
| TRIAL DATE (S)<br>Suppression Hrg 7/26/06 | COURT REPORTER<br>Jimmy Dickens | COURTROOM DEPUTY<br>Wanda A. Robinson |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 7/26/06 | x | x | Affidavit of Margaret L. Faulkner |
| 2 | | 7/26/06 | x | x | Response from AOL |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | **Exhibits 1 and 2 maintained in separate envelope under seal** |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___1___ Pages