AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

__MIDDLE__ DISTRICT OF __ALABAMA__

USA

V.

GLENN CHARLES TOUPS

**DEFENDANT'S EXHIBIT LIST**

Case Number: 2:06cr112-MEF

| PRESIDING JUDGE<br>VANZETTA PENN MCPHERSON | GOVERNMENT'S ATTORNEY<br>Karl David Cooke, Jr. | DEFENDANT'S ATTORNEY<br>Christine Freeman |
|---|---|---|
| TRIAL DATE (S)<br>Suppression Hrg 7/26/06 | COURT REPORTER<br>Jimmy Dickens | COURTROOM DEPUTY<br>Wanda A. Robinson |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | 1 | 7/26/06 | x | x | 1st Page of Application and Affidavit for Search Warrant (2:05mj96-W) |
|  | 2 | 7/26/06 | x | x | 1st Page of Search Warrant (2:05mj96-W) |
|  | 6 | 7/26/06 | x | x | Example of the 32 e-mails w/attachment NOTE: No Image Included |
|  | 7 | 7/26/06 | x | x | Attachment B to the Application for Search Warrant (Property to be Seized) |
|  | 8 | 7/26/06 | x | x | Executed Search Warrant |
|  | 9 | 7/26/06 | x | x | Address Search |
|  | 10 | 7/26/06 | x | x | Address Search |
|  |  |  |  |  |  |
|  |  |  |  |  | **Exhibits 1, 2, 9 and 10 maintained in separate envelope under seal** |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1__ Pages

**From:** NudeToolDad
**To:** Prjunkemai
**Subject:** (no subject)
**Date:** 10/6/2004 11:32:33 PM Eastern Daylight Time

**Attachments:**
!aby~1.jpg

Example of the 32 emails w/ attachments
Note. No Image included


DEFENDANT'S EXHIBIT 6

file://A:\MSG119\Msg119.htm

2/28/2006

100

## ATTACHMENT "B"
## PROPERTY TO BE SEIZED

1. Tapes, cassettes, cartridges, streaming tape, commercial software and hardware, computer disks, disk drives, monitors, computer printers, modems, tape drives, disk application programs, data disks, system disk operating systems, magnetic media floppy disks, CD-ROMs, CD-RWs, CD-Rs, DVDs, hardware and software operating manuals, tape systems and hard drive and other computer related operation equipment, digital cameras, scanners in addition to computer photographs, Graphic Interchange formats and/or photographs, undeveloped photographic film, slides, or other visual depictions of such Graphic Interchange format equipment that may be or are used to depict child pornography, child erotica, information pertaining to the sexual interest in child pornography, sexual activity with children or the distribution, possession or receipt of child pornography, child erotica or information pertaining to an interest in child pornography and the data within the aforesaid objects relating to said materials.

2. Correspondence pertaining to the possession, receipt or distribution of visual depictions of minors engaged in sexually explicit conduct.

3. Visual depictions of minors engaged in sexually explicit conduct in whatever form, including, but not limited to books, magazines, photographs, negatives, films or videocassettes containing such images.

4. Envelopes, letters and other correspondence including, but not limited to, electronic mail, chat logs, and electronic messages that:

   a. Offer to transmit through interstate or foreign commerce, including by United States mail or by computer, visual depictions of minors engaged in sexually explicit conduct;
   b. Solicit minors to engage in sexually explicit conduct for the purposes of producing child pornography;
   c. Identify persons transmitting any visual depiction of minors engaged in sexually explicit conduct.

5. Books, ledgers and records bearing on the production, reproduction, receipt, shipment, orders requests, trades, purchases or transactions of any kind involving the transmission of any visual depiction of minors engaged in sexually explicit conduct.

6. Address books, mailing lists, supplier lists, mailing address labels and any and all documents and records pertaining to the preparation, purchase and acquisition of names or lists of names to be used in connection with the


DEFENDANT'S EXHIBIT 7

purchase, sale, trade or transmission of any visual depiction of minors engaged in sexually explicit conduct.

7. Address books, names, lists of names and addresses of minors visually depicted while engaged in sexually explicit conduct.

8. Diaries, notebooks, notes and other records reflecting personal contact and other activities with minors visually depicted while engaged in sexually explicit conduct.

9. Materials and photographs depicting sexual conduct between adults and minors.

10. Records evidencing occupancy or ownership of the premises known and described as including, but not limited to, utility and telephone bills, mail envelopes or addressed correspondence.

11. Records or other items which evidence ownership or use of computer equipment found in the above residence, including, but not limited to, sales receipts, bills for Internet access, handwritten notes and handwritten notes in computer manuals.

12. Any and all records, documents, invoices and materials that concern any Internet accounts.

13. Any of the items described in paragraphs 1-12 above that are stored in the form of magnetic or electronic coding on computer media, or media capable of being read by a computer, with the aid of computer related equipment, including floppy diskettes, CD-ROMs, CD-Rs, CD-RWs, DVDs, fixed hard drives or removable hard disk cartridges, software or memory in any form. The search procedure for electronic data contained in computer operating software or memory devices, where performed onsite or in a laboratory, or other controlled environment, may include the following techniques:

    a. The seizure of any computer or computer related equipment or data, including floppy diskettes, CD-ROMs, CD-Rs, CD-RWs, DVDs, fixed hard drives or removable hard disk cartridges, software or memory in any form containing material described above, and the removal thereof from the PREMISES for analysis by authorized personnel;
    b. Surveying various file "directories" and the individual files they contain (analogous to looking that the outside of a file cabinet for the markings it contains and opening a drawer believed to contain pertinent files);
    c. "Opening" or cursorily reading the first few pages of such files in order to determine their precise contents;
    d. "Scanning" storage areas to discover and possibly recover recently deleted data;

    e.  Scanning storage areas for deliberately hidden files; or
    f.  Performing keyword searches through all electronic storage areas to determine whether occurrences of language contained in such storage areas exist that are intimately related to the subject matter of the investigation. Keywords include words relating to pornography, sex, genitalia, intercourse and topics relating to teen and pre-teen activities.

AO 93 (Rev. 3/98) Search Warrant (Reve

| RETURN | | CASE NUMBER: |
|---|---|---|
| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
| 7/28/05 | 8/5/05 @ 8:31 am | 8:31 am Glenn Toups |

INVENTORY MADE IN THE PRESENCE OF

Glenn Charles Toups

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

Computer equipment
Hard drives
Assorted CD's,
VHS movies
8mm Cassette
Camera - Disposable - Digital
Books on Children
Photographs
Misc. Papers

**CERTIFICATION**

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

*Margaret L. Faulkner*

Subscribed, sworn to, and returned before me this date.

_____    8/19/05
U.S. Judge or Magistrate Judge          Date

DEFENDANT'S EXHIBIT 8

44