UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06cr112-MEF |
| | ) | |
| GLENN C. TOUPS | ) | |

### ORDER

For good cause the Clerk of the Court is hereby DIRECTED to remove Government Exhibits 1 and 2 and Defendant Exhibits 1, 2, 9, and 10 from the electronic docket sheet and re-file them under seal until further order of the court.

DONE this 4th day of August, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES DISTRICT COURT