**COURTROOM DEPUTY'S MINUTES**                    **DATE:** 8/21/06

**MIDDLE DISTRICT OF ALABAMA**                    **Digital Recording: 9:07 - 9:07**
                                                                                    **9:11 - 9:12**

<u>**PRETRIAL CONFERENCE**</u>

**PRESIDING MAG. JUDGE. Vanzetta Penn McPherson**    **DEPUTY CLERK: Wanda A. Robinson**

**CASE NUMBER: 2:06cr112-MEF**                    **DEFENDANT(S): Glenn Charles Toups**

| GOVERNMENT | <u>APPEARANCES</u> | DEFENDANT |
|---|---|---|
| | * | |
| | * | |
| **Terry Moorer -** | | |
| **Standing in for David Cooke** | * | **Christine A. Freeman** |
| | | |
| | * | |
| | * | |

❏ **DISCOVERY STATUS:**                    **Complete**

❏ **PENDING MOTION STATUS:**          **Doc # 27 Motion to Suppress**

❏ **PLEA STATUS:**                          **Possible Trial**

❏ **TRIAL STATUS**                          **2 days for trial**
                                                          **9/18/06 Trial Term**

❏ <u>**REMARKS:   Defense counsel informed the Court of the filing of Objections to the Recommendation on**</u>
          <u>**8/19/06**</u>