IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CASE NO. 2:06-cr-112-MEF |
| ) | |
| GLENN CHARLES TOUPS ) | |

## **O R D E R**

It is hereby ORDERED that the government file a response on or before August 31, 2006 to the defendant's Objection to the Report and Recommendation of the Magistrate Judge (Doc. #38) filed on August 19, 2006.

DONE this the 23rd day of August, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE