IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06cr112-MEF |
| | ) | |
| GLENN CHARLES TOUPS | ) | |

**MOTION FOR EXTENSION OF TIME TO FILE RESPONSE**

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and as grounds for the Motion for Extension of Time to File Response, states as follows:

1.      On August 23, 2006, the government was ordered to respond to the defendant's Objection to Report and Recommendation of the Magistrate Judge filed on August 19, 2006. The government's response is to be filed on August 31, 2006.

2.      The Assistant United States Attorney assigned to this case was attending a conference on child pornography the week of Aug. 21-24, 2006, and is scheduled to attend the Law Enforcement Coordinating Committee (LECC) conference on August 30 - September 1, 2006.

3.  The defendant made a motion for a continuance in the trial of this case on August 25, 2006.

4.  Counsel for the defendant has no objection to the granting of this motion for extension of time.

Based upon the above stated reasons, the United States respectfully requests an extension of time in which to files its response to a date after September 1, 2006.

Respectfully submitted this the 28th day of August, 2006.

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/K. David Cooke, Jr.
K. DAVID COOKE, JR.
Assistant    United    States    Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334)223-7280
Fax: (334)223-7135
E-mail: david.cooke@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA    )
    )
      v.    )    CR. NO. 2:06cr112-MEF
    )
GLENN CHARLES TOUPS    )

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on August 28, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Christine Freeman, Esq.

Respectfully submitted,

/s/K. David Cooke, Jr.
K. DAVID COOKE, JR.
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334)223-7280
Fax: (334)223-7135
E-mail: david.cooke@usdoj.gov