IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA          )
                                  )
v.                                )          CASE NO. 2:06-cr-112-MEF
                                  )
GLENN CHARLES TOUPS               )

## O R D E R

Upon consideration of the government's Motion for Extension of Time to File

Response (Doc. #43) filed on August 28, 2006, it is hereby

ORDERED that the motion is GRANTED to and including September 15, 2006.

DONE this the 30th day of August, 2006.


                          /s/ Mark E. Fuller
            CHIEF UNITED STATES DISTRICT JUDGE