IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-cr-112-MEF |
| | ) | |
| GLENN CHARLES TOUPS | ) | |

# **O R D E R**

It is hereby ORDERED that the trial of this case set on the December 4, 2006 criminal term is rescheduled for the November 27, 2006 criminal term, 10:00 A.M., United States Courthouse, One Church Street, Montgomery, Alabama.

DONE this 6th day of September, 2006.

                                                     /s/ Mark E. Fuller
                                      CHIEF UNITED STATES DISTRICT JUDGE