**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF ALABAMA**
**NORTHERN  DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | **CASE NO: 2:06-CR-112-MEF** |
| | ) | |
| **GLENN C. TOUPS** | ) | |

**UNOPPOSED MOTION TO CONTINUE TRIAL DATE**

COMES NOW the Defendant, Glenn C. Toups, by and through undersigned counsel and pursuant to 18 U.S.C. §§ 3161(h)(8)(b)(i); 3161(h)(8)(b)(ii) and 3161(h)(8)(b)(iv), and respectfully moves this Court to continue the trial of this matter past the currently scheduled November 27, 2006 trial term.  In support of this Motion, defendant would show the following:

1.      The United States, through Assistant United States Attorney Todd Brown, has no opposition to this request and a Speedy Trial Waiver is submitted with this request.

2.      Mr. Toups is charged in a two count superseding indictment which charges both possession and distribution of internet child pornography.  The potential penalties in this case may exceed 20 years in custody.

3.      Trial in this matter is presently scheduled for November 27, 2006.

4.      The charge of distribution of child pornography is based on an allegation that email communication was generated by Mr. Toups and sent out of state, with images attached.  Investigation of this matter requires examination of the computer records and hard

drives of a computer(s) in Florida, and possibly other states.

5.      Ms. Jimmie Fisher is serving as the defense expert  on forensic computer examination, internet communication, and computer technology.  To complete her work on this matter, Ms. Fisher will need to review multiple hard drives and forensic reports which have already been generated but not yet provided to defense counsel.

6.      Ms. Fisher will be out of the country from November 18 to December 3, 2006, due to a planned vacation in Egypt, and thus will not be able to complete this examination before November 27, nor testify during the week of November 27, 2006.

7.      Requests for a continuance are addressed to the sound discretion of the trial court.  United States v. Darby, 744 F.2d 1508, 1521 (11th Cir. 1984), reh. denied 749 F.2d 733, cert. denied 471 U.S. 1100 (1985).  A continuance in order to allow defense counsel "the reasonable time necessary for effective preparation" for trial is one of the factors considered significant by the Speedy Trial Act.  United States v. Davenport, 935 F.2d 1223, 1235 (11th Cir. 1991); 18 U.S.C. 3161 (h)(8)(B)(iv). The Eleventh Circuit has repeatedly recognized that a continuance in order to provide adequate preparation by counsel serves the ends of justice.  United States v. Goetz, 826 F.2d 1025, 1028 (11th Cir. 1987) (upholding, against speedy trial claim, a continuance of eighty days to allow new counsel to prepare for trial); United States v. Elkins, 795 F.2d 919, 924 (11th Cir. 1986), cert. denied 479 U.S. 952 (1986) (upholding against speedy trial claim, a continuance to allow new counsel time to prepare); United States v. Sarro, 742 F.2d 1286, 1300 (11th Cir. 1984), reh, denied 751 F.2d

394 (1984).

**FOR THE REASONS ABOVE**, Mr. Toups respectfully requests that this Motion

be granted and the trial in this matter be continued from the November 27, 2006 trial docket.

Respectfully submitted,

**s/Christine A. Freeman**
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Glenn C. Toups
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL:  (334) 834-2099
FAX:  (334) 834-0353
E-Mail: Christine_Freeman@fd.org

**CERTIFICATE OF SERVICE**

I hereby certify that on November 9, 2006, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system, which will send notification of such filing to

the following: Todd A. Brown, Esq., Assistant United States Attorney, One Court Square,

Montgomery, AL 36104.

**s/Christine A. Freeman**
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Glenn C. Toups
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL:  (334) 834-2099
FAX:  (334) 834-0353
E-Mail: Christine_Freeman@fd.org