IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CASE NO: 2:06-CR-112-MEF |
| | ) | |
| GLENN CHARLES TOUPS | ) | |

## WAIVER OF RIGHT TO SPEEDY TRIAL

The undersigned defendant, after first being advised of his right to a speedy trial as guaranteed by the Sixth Amendment of the United States Constitution and the implementation of said right in 18 U.S.C. § 3161, et seq., hereby waives his right to a speedy trial from the November 27, 2006 trial term.

_____11/9/06_____          _____Glenn C. Toups_____
Date                                  Glenn Charles Toups

_____11/9/06_____          _____
Date                                  Attorney for Glenn Charles Toups

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CASE NO: 2:06-CR-112-MEF |
| | ) | |
| GLENN C. TOUPS | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2006, I electronically filed the attached Speedy Trial Waiver with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Todd A. Brown, Esq., Assistant United States Attorney, One Court Square, Montgomery, AL 36104.

                                                 s/Christine A. Freeman
                                                 CHRISTINE A. FREEMAN
                                                 TN BAR NO.: 11892
                                                 Attorney for Glenn C. Toups
                                                 Federal Defenders
                                                 Middle District of Alabama
                                                 201 Monroe Street, Suite 407
                                                 Montgomery, AL 36104
                                                 TEL: (334) 834-2099
                                                 FAX: (334) 834-0353
                                                 E-Mail: Christine_Freeman@fd.org