COURTROOM DEPUTY MINUTES          DATE :   NOVEMBER 13,  2006

MIDDLE DISTRICT OF ALABAMA          DIGITAL RECORDED:    1:08 p.m. to 1:10 p.m.

## PRETRIAL CONFERENCE

PRESIDING MAG. JUDGE: CHARLES S. COODY        DEPUTY CLERK: WANDA STINSON

CASE NUMBER: 2:06CR112-MEF-VPM          DEFENDANT NAME: GLEN C. TOUPS

## APPEARANCES

| GOVERNMENT | DEFENDANT |
|---|---|
| ATTY.  KARL DAVID COOKE, JR. | ATTY.  CHRISTINE FREEMAN |

√      **DISCOVERY STATUS: Complete.**

_____

_____

√      **PENDING MOTION STATUS:    Motion to Suppress; ; Motion Continue Trial;**

_____

❒      **PLEA STATUS:**

_____

_____

√      **TRIAL STATUS: Will take 3-4  days to try case if goes to trial.**

_____

√      **REMARKS: Judge Fuller take up the motion to continue trial; His next term is in March;**

_____