IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CASE NO.   2:06cr112-MEF |
| | ) | |
| GLENN CHARLES TOUPS | ) | |

## ORDER

Based upon this court's order resetting the trial in the above-styled case for 12 March 2007, and for good cause, it is

ORDERED that the parties shall appear for a final pretrial conference on 16 February 2007 at 9:00 a.m. in Courtroom 5A, Frank M. Johnson, Jr. United States Courthouse, Montgomery, Alabama before the undersigned Magistrate Judge.

DONE this 4th day of January, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE