| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE:** 2/16/07 |
| **MIDDLE DISTRICT OF ALABAMA** | **Digital Recording: 9:21 - 9:24** |

**PRETRIAL CONFERENCE**

| | |
|---|---|
| **PRESIDING MAG. JUDGE. WALLACE CAPEL, JR.** | **DEPUTY CLERK:** Wanda A. Robinson |
| **CASE NUMBER:** 2:06cr112-MEF | **DEFENDANT(S):** Glenn Charles Toups |

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| | * | |
| | * | |
| Todd Brown | * | Christine A. Freeman |
| | * | |
| | * | |

❏ **DISCOVERY STATUS:**           Complete

Additional discovery matters to be addressed by the parties on 2/26/07

❏ **PENDING MOTION STATUS:**     NONE

Defendant does not intend to file any further motions after resolution of additional discovery matters

❏ **PLEA STATUS:**                Possible Trial

❏ **TRIAL STATUS**                2 days for trial
                                  3/12/07 Trial Term

❏ **REMARKS:**     Defendant will file a Motion to Continue trial which is unopposed by the Government