**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF ALABAMA**
**NORTHERN  DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | **CASE NO: 2:06-CR-112-MEF** |
| | ) | |
| **GLENN C. TOUPS** | ) | |

**UNOPPOSED MOTION TO CONTINUE TRIAL**

**NOW COMES** the Defendant, by and through the undersigned counsel, Christine A. Freeman, and pursuant to 18 U.S.C. § 3161 (h) respectfully moves this Court to move this matter for trial from the March 12, 2007 trial docket.

In support of this Motion, defendant would show:

1.    Counsel for the prosecution has authorized undersigned counsel to state that the prosecution does <u>not</u> oppose this motion.

2.    This scheduling is necessary for effective preparation of an adequate defense and for an expert to have time to review new discovery in this matter.

3.    An appointment has been made for February 26, to permit the defense expert to review discovery material now in the possession of a government agent.  The expert has had a death in her family and is not available to review this material any earlier.

**WHEREFORE**, defendant respectfully requests that this Motion be granted.

Respectfully submitted,

<u>s/Christine A. Freeman</u>
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Glenn Toups
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407

Montgomery, AL 36104
TEL:   (334) 834-2099
FAX:   (334) 834-0353
E-Mail: Christine_Freeman@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on February 16, 2007, I electronically filed the foregoing with the Clerk

of the Court using the CM/ECF system, which will send notification of such filing to the following:

Todd Brown, Esq., Assistant United States Attorney, One Court Square, Montgomery, AL 36104.


**s/Christine A. Freeman**
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Glenn Toups
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL:   (334) 834-2099
FAX:   (334) 834-0353
E-Mail: Christine_Freeman@fd.org