IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06cr112-MEF |
| | ) | |
| GLENN CHARLES TOUPS | ) | |

## ORDER

Based upon this court's order resetting the trial in the above-styled case from March 12, 2007 to July 9, 2007 and for good cause, it is

ORDERED that the parties shall appear for a pretrial conference on June 18, 2007 at 9:00 a.m. in Courtroom 5A, Frank M. Johnson, Jr. United States Courthouse, Montgomery, Alabama before the undersigned Magistrate Judge.

DONE this 22nd day of February, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE