| COURTROOM DEPUTY'S MINUTES | DATE: 6/18/07 |
|---|---|
| MIDDLE DISTRICT OF ALABAMA | Digital Recording: 9:04 - 9:05 |

## PRETRIAL CONFERENCE

| PRESIDING MAG. JUDGE. WALLACE CAPEL, JR. | DEPUTY CLERK: Wanda A. Robinson |
|---|---|
| CASE NUMBER: 2:06cr112-MEF | DEFENDANT(S): Glenn Charles Toups |

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| | * | |
| | * | |
| Todd Brown | * | Christine A. Freeman |
| | * | |
| | * | |

❏ **DISCOVERY STATUS:**  Complete

❏ **PENDING MOTION STATUS:**  NONE

❏ **PLEA STATUS:**  Possible Plea

❏ **TRIAL STATUS**  2 days for trial
7/9/07 Trial Term

❏ **REMARKS:**