IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CASE NO: 2:06-CR-112-MEF |
| | ) | |
| GLENN C. TOUPS | ) | |

**NOTICE OF INTENT TO CHANGE PLEA**

**COMES NOW** the Defendant, **GLENN C. TOUPS**, by and through undersigned counsel, Christine A. Freeman, and notifies the Court of his intent to change his previously entered plea of not guilty to guilty. The Defendant waives his right to plea in front of a district judge and consents to do so before a magistrate judge.

Dated this 27th day of June 2007.

                                               Respectfully submitted;

                                               s/Christine A. Freeman
                                               **CHRISTINE A. FREEMAN**
                                               **TN BAR NO.: 11892**
                                               Federal Defenders
                                               Middle District of Alabama
                                               201 Monroe Street, Suite 407
                                               Montgomery, AL 36104
                                               TEL:  (334) 834-2099
                                               FAX:  (334) 834-0353
                                               E-Mail: Christine_Freeman@fd.org

**CERTIFICATE OF SERVICE**

I hereby certify that on June 27, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Todd Brown, Esquire, Assistant United States Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104.

    s/Christine A. Freeman
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL: (334) 834-2099
FAX: (334) 834-0353
E-Mail: Christine_Freeman@fd.org