IN THE UNITED STATES DISTRICT COURT FOR
THE  MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA,    )
         )
         )    CR. NO. 2:06-cr-112-MEF-WC
v.         )
         )
GLENN CHARLES TOUPS,    )
         )
       Defendant.    )

## ORDER

Pursuant to Defendant's Notice of Intent to Change Plea (Doc. #61) filed on June 27, 2007, it is

ORDERED that Defendant, GLENN CHARLES TOUPS, appear with counsel before the undersigned Magistrate Judge on June 28, 2007, at 2:00 p.m., in Courtroom 5A, Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama, to enter a change of plea.  It is further

ORDERED that a Sentencing Hearing for Defendant, GLENN CHARLES TOUPS, will take place immediately following the change of plea.

DONE this 27th day of June, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE