IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| ) | CR. NO. 2:06-cr-112-MEF-WC |
| v. ) | |
| ) | |
| GLENN CHARLES TOUPS, ) | |
| ) | |
| Defendant. ) | |

## AMENDED ORDER

Pursuant to Defendant's Notice of Intent to Change Plea (Doc. #61) filed on June 27, 2007, it is

ORDERED that Defendant, GLENN CHARLES TOUPS, appear with counsel before the undersigned Magistrate Judge on June 28, 2007, at 2:00 p.m., in Courtroom 5A, Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama, to enter a change of plea.

DONE this 28th day of June, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE