IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CASE NO: 2:06-CR-112-MEF |
| | ) | |
| GLENN C. TOUPS | ) | |

### AFFIDAVIT OF ERIKA TOUPS

| | |
|---|---|
| STATE OF FLORIDA | ) |
| COUNTY OF ESCAMBIA | ) |

I, ERICA TOUPS, swear that the following is true:

1. My name is Erika Toups. I am twenty-five years old. I currently work as a cargo representative for Delta Airlines. I live in Pensacola, Florida 32514.

2. I am Mr. Glenn Toups' second oldest daughter. I have one older sister, Gretchen Toups, and I have an older half-brother and two younger sisters: Bethany Toups, and Margot Toups.

3. I was six years old when my parents divorced. Although my father worked and traveled a lot, he always came home every weekend to visit with me and my siblings. When he spent time with us on the weekends, he was always supportive and kind. He did lots of fun things with us, and we always looked forward to seeing him.

4. Due to my mother's personality, it was very hard living with her. As a result, none of my siblings have lived with our mother past the age of sixteen. My oldest sister, Gretchen, moved out of my mother's home and began living with our father when she was sixteen years old. When I reached the age of sixteen, I sought to be emancipated as an adult.

I moved out of my mother's house, and I took my younger sisters, Bethany and Margo, with me.

5. Me and my sisters lived together in an apartment that I rented. My dad helped us out and was very supportive, but he never criticized our mother to us.

6. When my father became temporarily unemployed several years ago, I invited him to stay with me. He came and lived with me and my sisters for around six months. That was an easy decision to make and I did not regret it.

7. Neither I nor any of my siblings were ever abused or molested in any way by our father. None of our friends were ever abused or molested by my father. My father would never harm a child.

8. My father is a great dad. He is the kindest and most gentle person that I have ever known. He has always done the best that he could for his children. He still spends the majority of his time with me and my siblings. I continue to maintain a very close relationship with him.

9. Although my father has always been a very happy and upbeat person, in 2000 I noticed that things in his life began to fall apart. My grandmother [father] passed away, and my father's brother and sister passed away. In addition, my father's ability to get work contracts slowed down tremendously. He was having a very hard time coping with these deaths and the decline of his business.

10. My sisters and I are of course upset about the criminal charges against my

2

father. I will do anything to assist my father with his case, and I continue to stand by him. If the Court would allow it, my father can live with me. I will monitor his activities and make sure he follows any Court order.

_____
ERICA TOUPS       +120-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

10/22/07
DATE

_____
WITNESS Melissa Gamewell

I, the undersigned authority, a Notary Public in and for said State of Florida at Large, do hereby certify that ERIKA TOUPS whose name is signed to the foregoing Affidavit, and who is known to me, acknowledged before me, on this day, that being informed of the contents of said instrument, she executed the same voluntarily, on the day the same bears date.

GIVEN under my hand and official seal this 22 day of October 2007.

_____
Notary Public
My Commission Expires: 1/23/08

[SEAL: REME LAUTIER, MY COMMISSION # DD 275515, EXPIRES: January 22, 2008]

3