IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CASE NO: 2:06-CR-112-MEF |
| | ) | |
| GLENN C. TOUPS | ) | |

## AFFIDAVIT OF GRETCHEN TOUPS

STATE OF FLORIDA  )
                   )
COUNTY OF _____  )
                   )

I, GRETCHEN TOUPS, swear that the following is true:

1. My name is Gretchen Toups. I am twenty-seven years old. I currently work as a mortgage processor for the Navy Federal Credit Union. I live in Pensacola, Florida 32506.

2. I am Mr. Glenn Toups' oldest daughter. I have three younger sisters: Erika Toups, Bethany Toups, and Margot Toups, and a half brother, Michael. I am aware of the nature of the child pornography charges against my father and of his guilty plea.

3. I was seven years old when my parents divorced. My dad was a great father who was always very attentive to me and my siblings. Even though he often was working out of state, he always kept his visits with us, whether they were every other weekend or for extended periods of time. After the divorce, my sisters and I also stayed with my dad on some holidays and for at least a month each summer.

4. I know that, due to the nature of his work, my father changed jobs a lot, often worked out of state, and has sometimes had money troubles. I know he was upset by the divorce from my mother. But whatever was going on in his life, my father has

always showed me and my sisters a positive, upbeat outlook. He has always said positive, good things to us, and showed us that he was always very happy to be with us. He never even hinted at his own troubles. Even now, although he has told me of the charges and the outcome, he has not burdened me with what I know must be his own fears and worries about this situation.

5. When I was seventeen years old, I was not getting along with my mother and I moved out of my mother's home and began living with my father. My dad was supportive and helpful during that time. He did not criticize or run down my mother, but he tried to support me and guide me. He certainly never abused me in any way, nor do I believe he ever would.

7. I am currently divorced and pregnant. My baby is due in February 2008. My father is still kind and supportive to me. I have no concerns at all about my father coming in contact with my child or any other children. My father has always been a trustworthy person, and I continue to trust him.

8. I continue to have a very close relationship with my father. It breaks my heart that he may be incarcerated while my child is growing up.

9. I am willing to do anything to assist my father with his criminal case. Although I do not feel that anyone will benefit from an order of lengthy incarceration for my father, I am willing do everything that I can to help him abide by the Court's orders. I will be present for my father's upcoming sentencing hearing.

10. At any time, I would be happy to have my father live with me and my child.

_____
GRETCHEN TOUPS

_October 18, 2007_ DATE

WITNESS

I, the undersigned authority, do hereby certify that **GRETCHEN TOUPS** whose name is signed to the foregoing Affidavit, and who is known to me, acknowledged before me, on this day, that being informed of the contents of said instrument, she executed the same voluntarily, on the day of the same date.

GIVEN under my hand and official seal this _____18th_____ day of October 2007.

_____

(SEAL)　　　　　　　　　　　Notary Public
　　　　　　　　　　　　　　　My　　　　　Commission　　　　　Expires:
Nov 21, 2009

```
CYNTHIA L. DORNAN
Notary Public - State of Florida
My Commission Expires Nov 21, 2009
Commission # DD 493259
Bonded By National Notary Assn.
```