```
           IN THE DISTRICT COURT OF THE UNITED STATES
             FOR THE MIDDLE DISTRICT OF ALABAMA
                       NORTHERN DIVISION
```

UNITED STATES OF AMERICA    )
                            )
    v.                       )    CR. NO. 2:06cr112-MEF
                            )
GLENN CHARLES TOUPS         )


### UNITED STATES OF AMERICA'S MOTION
### FOR A PRELIMINARY ORDER OF FORFEITURE

The United States of America (United States), by its undersigned counsel, requests this Honorable Court to enter the attached Preliminary Order of Forfeiture and make entry of said Order part of its oral pronouncement of sentence. The United States further requests that entry of this Order be noted on the written Judgment in a Criminal Case.

Respectfully submitted this 23rd day of October, 2007.

                                      FOR THE UNITED STATES ATTORNEY
                                         LEURA G. CANARY


                              /s/John T. Harmon
                              John T. Harmon
                              Assistant United States Attorney
                              Bar Number: 7068-II58J
                              Office of the United States Attorney
                              Middle District of Alabama
                              131 Clayton Street
                              Post Office Box 197
                              Montgomery, Alabama 36101-0197
                              Telephone:(334) 223-7280
                              Facsimile:(334) 223-7560

CERTIFICATE OF SERVICE

    I hereby certify that on October 23 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                    /s/John T. Harmon
                                    John T. Harmon
                                    Assistant United States Attorney