IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-cr-112-MEF |
| | ) | |
| GLENN C. TOUPS | ) | |

# **O R D E R**

Upon consideration of the defendant's Unopposed Motion to Continue Sentencing Hearing (Doc. #74) filed on October 25, 2007, it is hereby

ORDERED that the motion is GRANTED.  The sentencing hearing set on October 30, 2007 is continued to January 9, 2008 at 9:00 A.M. in the United States Courthouse, One Church Street, Courtroom 2A, Montgomery, Alabama.

DONE this the 26th day of October, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE