**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | **CASE NO: 2:06-CR-112-MEF** |
| | ) | |
| **GLENN C. TOUPS** | ) | |

**NOTICE OF FILING OF PHOTOGRAPHS**

    **COMES NOW** the Defendant, **GLENN C. TOUPS**, by and through undersigned counsel, Christine A. Freeman, and notifies the Court of the filing of the attached photographs.

    Respectfully submitted;

    s/Christine A. Freeman
    **CHRISTINE A. FREEMAN**
    **TN BAR NO.: 11892**
    Federal Defenders
    Middle District of Alabama
    201 Monroe Street, Suite 407
    Montgomery, AL 36104
    TEL: (334) 834-2099
    FAX: (334) 834-0353
    E-Mail: Christine_Freeman@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Nathan Stump, Esquire, Assistant United States Attorney.

                                          **s/Christine A. Freeman**
                                          **CHRISTINE A. FREEMAN**
                                          **TN BAR NO.: 11892**
                                          Federal Defenders
                                          Middle District of Alabama
                                          201 Monroe Street, Suite 407
                                          Montgomery, AL 36104
                                          TEL:  (334) 834-2099
                                          FAX:  (334) 834-0353
                                          E-Mail: Christine_Freeman@fd.org