**All five children**

