

**College Graduation**