

**Gretchen's high school graduation**