

Erika's high school graduation