

Mr. Toups and mother