

Mr. Toups' mother