

Mr. Toups' mothers' home