IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CASE NO: 2:06-CR-112-MEF |
| | ) | |
| GLENN C. TOUPS | ) | |

### List of Photographs

1. Glenn Toups in first grade

2. Glenn Toups and brother Carl Toups, Jr. in elementary school

3. Glenn Toups and brother Carl Toups, Jr. in junior high

4. Mr. Toups' adopted son and four daughters, at the beach

5. Glenn Toups and his brother at college graduation

6. Glenn Toups and first wife, Helen

7. Daughter Gretchen's graduation

8. Daughter Erika's graduation

9. Glenn Toups & Kelly Evans' wedding

10. Mr. Toups and his mother

11. Mrs. Toups today

12. Mrs. Toups' home

Respectfully submitted;

s/Christine A. Freeman
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Federal Defenders

Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL: (334) 834-2099
FAX: (334) 834-0353
E-Mail: Christine_Freeman@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Nathan Stump, Esquire, Assistant United States Attorney.

**s/Christine A. Freeman**
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL: (334) 834-2099
FAX: (334) 834-0353
E-Mail: Christine_Freeman@fd.org