IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06cr112-MEF |
| | ) | |
| GLENN CHARLES TOUPS | ) | |

### UNITED STATES OF AMERICA'S MOTION FOR A FINAL ORDER OF FORFEITURE

The United States of America (United States), by its undersigned counsel, respectfully submits its Motion for a Final Order of Forfeiture in the above-entitled case and states as follows:

That on October 24, 2007, this Court entered a Preliminary Order of Forfeiture ordering defendant Glenn Charles Toups to forfeit:

> One Dell Tower computer, serial number 00045-571-636-128;
>
> One CTC-AXEL/3 Tower computer, serial number C1116000843;
>
> One Tower computer (no brand name or serial number);
>
> One Hitachi hard drive, serial number WM949; and,
>
> All other assorted computer peripherals and storage media.

That notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with the law as specified in the Preliminary Order of Forfeiture, and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of

their alleged legal interest in the property was published in the <u>Montgomery Advertiser</u> newspaper on December 10m 17 and 24, 2007; and,

That no petitions of interest were filed within that thirty-day period.  Therefore, any third-party interests are barred by failure of those parties to file a timely petition.

The United States respectfully shows that a clerical error was made in the Preliminary Order of Forfeiture regarding the serial number for the Hitachi hard drive. The serial number shown is incorrect.  The correct serial number is G4C4Y2WG and has been corrected in the proposed Final Order of Forfeiture.

Accordingly, the United States respectfully requests that this Court enter a Final Order of Forfeiture as proposed in the attached Order.

Respectfully submitted this 25th day of January, 2008.

                                          FOR THE UNITED STATES ATTORNEY
                                                     LEURA G. CANARY

/s/John T. Harmon
John T. Harmon
Assistant United States Attorney
Bar Number: 7068-II58J
Office of the United States Attorney
Middle District of Alabama
131 Clayton Street
Post Office Box 197
Montgomery, Alabama 36101-0197
Telephone:(334) 223-7280
Facsimile:(334) 223-7560
E-mail: John.Harmon@usdoj.gov

CERTIFICATE OF SERVICE

    I hereby certify that on January 25, 2008, I electronically filed the foregoing Motion for Final Order of Forfeiture and Proposed Final Order of Forfeiture with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                        /s/John T. Harmon
                                        John T. Harmon
                                        Assistant United States Attorney