IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06cr112-MEF |
| | ) | |
| GLENN CHARLES TOUPS | ) | |

## FINAL ORDER OF FORFEITURE

WHEREAS, on October 24, 2007, this Court entered a Preliminary Order of Forfeiture, ordering defendant Glenn Charles Toups to forfeit:

> One Dell Tower computer, serial number 00045-571-636-128;
>
> One CTC-AXEL/3 Tower computer, serial number C1116000843;
>
> One Tower computer (no brand name or serial number);
>
> One Hitachi hard drive, serial number WM949;
>
> All other assorted computer peripherals and storage media.

That the United States caused to be published in the Montgomery Advertiser newspaper, notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with the law and as specified in the Preliminary Order, and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property;

That no timely petition has been filed; and,

That the Court finds defendant Glenn Charles Toups has an

interest in the property that is subject to forfeiture pursuant to Title 18, United States Code, Section 2253; and,

That the United States has established the requisite nexus between such property in the commission of the violation of Title 18, United States Code, Section 2252A.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the following property is hereby forfeited to the United States pursuant to Title 18, United States Code, Section 2253:

> One Dell Tower computer, serial number 00045-571-636-128;
>
> One CTC-AXEL/3 Tower computer, serial number C1116000843;
>
> One Tower computer (no brand name or serial number);
>
> One Hitachi hard drive, serial number G4C4Y2WG;
>
> All other assorted computer peripherals and storage media.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all right, title and interest to the property described above is hereby condemned, forfeited and vested in the United States and shall be disposed of according to law; and,

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and,

IT IS FURTHER ORDERED that the Clerk of the Court shall forward two certified copies of this Order to the United States Attorney's Office.

SO ORDERED this the ____ day of _____, 2008.

_____
UNITED STATES DISTRICT JUDGE