| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form |
|---|---|

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>2:06CR112-MEF |
|---|---|
| DEFENDANT<br>GLENN CHARLES TOUPS | TYPE OF PROCESS<br>NOTICE OF FORFEITURE |

**SERVE AT**

| NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|
| MONTGOMERY ADVERTISER |
| ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code) |
| POST OFFICE BOX - POST OFFICE BOX 1000 - MONTGOMERY, ALABAMA 36101-1000 |

SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW:

John T. Harmon
United States Attorney's Office
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197

Number of process to be served with this Form - 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service)

CATS # 06-FBI-002404          PUBLISH ONCE WEEKLY FOR THREE CONSECUTIVE WEEKS

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER (334) 223-7280
DATE 10/25/07

SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. | Total Process No. | District of Origin No. 2 | District to Serve No. 2 | Signature of Authorized USMS Deputy or Clerk K. Chavers | Date 10/31/07 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

Name and title of individual served (If not shown above).
☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)
Date of Service 3/3/08
Time 3:00 pm
Signature of U.S. Marshal or Deputy K. Chavers

| Service Fee 45.00 | Total Mileage Charges (including endeavors) | Forwarding Fee 8.00 | Total Charges 53.00 | Advance Deposits | Amount Owed to US Marshal or Amount or Refund |
|---|---|---|---|---|---|

REMARKS: 12/7/07 C.M.# 7001 1140 0001 8579 7199
12/12/07 Received green card signed "Gary Edwards"
Published 12/10, 12/17, 12/24/07
3/3/08 Paid invoice

PRIOR EDITIONS MAY BE USED                    FORM USM 285 (Rev. 12/15/80)

02/21/2008 15:37  3342611502   MONTADV CLASSIFIED   PAGE 03
02/21/2008 06:58  3342237726   US MARSHALS SERVICE   PAGE 01

U.S. Department of Justice
United States Marshals Service

AD# 0076691800  $411.60



# PUBLIC VOUCHER FOR ADVERTISING

| | | For Agency Use Only |
|---|---|---|
| DEPARTMENT OR ESTABLISHMENT, BUREAU OR OFFICE<br>U. S. Department of Justice, U. S. Marshals Service | | VOUCHER NUMBER **403** |
| PLACE VOUCHER PREPARED<br>Montgomery, AL | DATE PREPARED<br>12/06/2007 | SCHEDULE NUMBER |
| NAME OF PUBLICATION<br>Notice of Arrest and Seizure | | PAID BY<br>U.S. Marshal<br>Symbol 8102 |
| NAME OF PUBLISHER OR REPRESENTATIVE<br>Montgomery Advertiser | | |
| ADDRESS (Street, room number, city, State, and ZIP code)<br>P. O. Box 1000, Montgomery, AL 36101 | | |

## CHARGES

| TYPEFACE | | (size of type) | (inch, square, word, or folio)<br>POINT PER | |
|---|---|---|---|---|
| Line Rates | | NUMBER OF LINES (Indicate Counted or space) | COST PER LINE | TOTAL COST |
| | FIRST INSERTION | 196 | .70 | $411.60 |
| | ADDITIONAL INSERTIONS GIVE NUMBER ▶ | | | $0.00 |
| | TOTAL | | | $0.00 |
| Other Rates | | NUMBER OR UNITS (Indicate inch, square, word, folio) | COST PER LINE | TOTAL COST |
| | FIRST INSERTION | | | $0.00 |
| | ADDITIONAL INSERTIONS GIVE NUMBER ▶ | | | $0.00 |
| | TOTAL | | | $0.00 |

| | |
|---|---|
| ...of advertisement (including upper and lower ...py of voucher here. If copy is not available sign ...fidavit. | TOTAL LINE RATES AND OTHER RATES  $0.00 |
| | LESS DISCOUNT AT  %  ( $0.00) |
| | BALANCE DUE  $411.60 |
| | VERIFIED (Initials) |

ADVERTISEMENT PUBLISHED IN
Montgomery Advertiser

I certify that the advertisement described above appeared in th...

SIGNATURE AND TITLE OF CERTIFYING OFFICER
[signature] 2/26/08

SIGNATURE AND TITLE OF AUTHORIZING OFFICER*
[signature]

ACCOUNTING CLASSIFICATION
15B5042 O/C 2417  OBL # 16678

PAID BY CHECK NUMBER
82038  3/3/08

*If the ability to certify and authority to approve are combined in one person enter "N/A" (not applicable) here.

USM Form-173
Est. 07/94

[signature] Betty Dennis
MY COMMISSION EXPIRES 11/06/2010

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Montgomery Advertiser
   P.O. Box 1000
   Montgomery, AL 36101-1000
   Attn: Legal Ads

2. 7001 1140 0001 8579 7179

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): Gary Edwards
B. Date of Delivery: DEC 10 2007
C. Signature: X [signature]
   ☐ Agent
   ☐ Addressee

D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:

   2007 DEC 12 A 11: 32
   UNITED STATES
   MARSHAL SERVICE
   MIDDLE AL ALABAMA

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

13,212
Toups

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952